UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPM MORTGAGE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SUNTRUST MORTGAGE, INC., et al.,<br><br>　　　　　Defendants. | Case No.　15-cv-03380-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　　　Having reviewed Plaintiff's responsive declaration, the Order to Show Cause is DISCHARGED. The parties shall file a stipulation for dismissal or updated joint status report by December 9, 2015.

　　　　**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge